UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

MARK S. LAGERSTROM,

                    Defendant.

Case No.  9:19-PO-5028-KLD

VIOLATION: F5171835

DISPOSITION CODE:  PF

ORDER ACCEPTING
PLEA LETTER

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated September 6, 2019, advising Plaintiff has reached an agreement with Defendant.  Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $115.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $115.00, which has been paid in full.

DATED this 19th day of December, 2019.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge